# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## AT BECKLEY

JULES GAUTIER,
*individually and on behalf of all*
*others similarly situated*,

      Plaintiff,

v.                             CIVIL ACTION NO.   5:20-cv-00165

TAMS MANAGEMENT, INC,
PAY CAR MININC, INC.,
BLUESTONE INDUSTRIES, INC.,
BLUESTONE RESOURCES, INC.,
BLUESTONE COAL CORP.,

      Defendants.

## ORDER

      Pursuant to LR Civ P 16.1, it is **ORDERED** that the following dates are hereby fixed as the time by or on which certain events must occur:

**05/27/2020**    Motion Under FR Civ P 12(b), together with supporting briefs, memoranda, affidavits, or other such matter in support thereof.   (All motions unsupported by memoranda will be denied without prejudice pursuant to LR Civ P 7.1(a).)

**06/22/2020**    Last day for Rule 26(f) meeting.

**06/29/2020**    Last day to file Report of Parties Planning Meeting and Scheduling Order Worksheet, available on the court's website.   See LR Civ P 16.1.

**07/13/2020**    Telephonic Scheduling Conference at **3:00 p.m.,** before the undersigned, unless canceled. Please use call-in information: 888-273-3658; access code 1039652.

**07/23/2020**    Entry of Scheduling Order.

**07/27/2020**    Last day to serve FR Civ P 26(a)(1) disclosures

## NOTICE

The provision of FR Civ P 14 and 15 with respect to the time in which to file third-party claims and to amend pleadings without leave of court are not affected by this Order and Notice.

Pursuant to LR Civ P 16.1 and 73.1, the parties are informed of their opportunity to consent to the exercise by a magistrate judge of civil jurisdiction over the case, including entry of judgment, as authorized by 28 U.S.C. ' 636.   The parties may consent by filing a Consent to Jurisdiction by a United States Magistrate Judge (FR Civ P From 34), or by so indicating on the Report of Parties Planning Meeting and Scheduling Order Worksheet, all of which are available on the Courts website.

ENTER:          April 27, 2020

Frank W. Volk
United States District Judge