# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

JULES GAUTIER,
*individually and on behalf of all others similarly situated,*

      Plaintiff,

v.                                                         CIVIL ACTION NO. 5:20-cv-00165

TAMS MANAGEMENT, INC.,
PAY CAR MINING, INC.,
BLUESTONE INDUSTRIES, INC.,
BLUESTONE RESOURCES, INC., and
BLUESTONE COAL CORP.,

      Defendants.

## JUDGMENT ORDER

On March 2, 2023, the Court granted in part and denied in part the Plaintiff's motion for class monetary relief and directed him to file an updated request for damages in conformance with its opinion. [Doc. 157]. The Plaintiff subsequently submitted such a request on March 20, 2023. [Doc. 160]. Accordingly, the Court **ENTERS** judgment in favor of the Plaintiff for $1,750,102.34 and **REMOVES** this case from the active docket. In accordance with the Court's earlier opinion, the Plaintiff may move for attorney's fees, expenses, and a class representative fee with fourteen (14) of entry of this Order.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to counsel of record and any unrepresented party.

ENTER: March 27, 2023



Frank W. Volk
United States District Judge