## APPEAL TRANSMITTAL SHEET (non-death penalty)

**Transmittal to 4CCA of notice of appeal filed:** 04/30/24

✓ First NOA in Case

___ Subsequent NOA-same party

___ Subsequent NOA-new party

___ Subsequent NOA-cross appeal

___ Paper ROA    ___ Paper Supp.

Vols: _____

Other: _____

**District:**

Southern District of West Virginia

**Division:**

Beckley

**Caption:**

Gautier
v.
Tams Management, Inc. et al

**District Case No.:**

5:20-cv-00165

**4CCA No(s). for any prior NOA:**

**4CCA Case Manager:**

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

**Confinement**-Criminal Case:

___ Death row-use DP Transmittal

___ Recalcitrant witness

___ In custody

___ On bond

___ On probation

**Defendant Address**-Criminal Case:

**District Judge:**

Judge Frank W. Volk

**Court Reporter** (list all):

CourtSmart
Ayme Cochran
Kathy Swinhart
Lisa Cook

**Coordinator**: Lynn Cooper

**Fee Status:**

___ No fee required (USA appeal)    ✓ Appeal fees paid in full    ___ Fee not paid

**Criminal Cases:**

___ Defendant proceeded under CJA in district court.

___ Defendant did not proceed under CJA in district court.

**Civil, Habeas & 2255 Cases:**

___ Court granted & did not revoke IFP status (continues on appeal)

___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)

✓ Court never granted IFP status (must pay fee or apply to 4CCA)

**PLRA Cases**:

___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)

___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**Sealed Status** (check all that apply):

✓ Portions of record under seal

____ Entire record under seal

____ Party names under seal

____ Docket under seal

**Record Status for Pro Se Appeals** (check any applicable):

___ Assembled electronic record available upon request

___ Additional sealed record available upon request

___ Paper record or supplement available upon request

___ No in-court hearings held

___ In-court hearings held – all transcript on file

___ In-court hearings held – all transcript not on file

___ Other:

**Record Status for Counseled Appeals** (check any applicable):

✓ Assembled electronic record available upon request

___ Additional sealed record available upon request

___ Paper record or supplement available upon request

___ No in-court hearings held

___ In-court hearings held – all transcript on file

✓ In-court hearings held – all transcript not on file

___ Other:

Deputy Clerk: Brittany McGuire    Phone: 304-253-7481    Date: 05/01/24

02/2023