(04/2005)

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

Jules Gautier,
individually and on behalf of all
others similarly saturated

v

Tams Management, Inc., Pay Car Mining, Inc., Bluestone Industries, Inc., Bluestone Resources, Inc., and Bluestone Coal Corp.

**ABSTRACT OF JUDGMENT**

**CIVIL ACTION** 5:20-cv-00165

Judgment was rendered by the United States District Court for the Southern District of West Virginia at Beckley on March 31, 2024, in the above-entitled action, in favor of

Jules Gautier,
individually and on behalf of all

and against

Tams Management, Inc., Pay Car Mining, Inc., Bluestone Industries, Inc., Bluestone Resources, Inc.

for:

| $ | 1,738,743.70 | Principal, |
|---|---|---|
| $ | 110,992.50 | Attorney Fees, |
| $ | 15,000.00 | Class Rep Fee, and |
| $ | 45,593.64 | Costs, for a total amount of |
| $ | 1,910,329.84 | JUDGMENT AS ENTERED |

**RORY L. PERRY II, CLERK OF COURT**

BY: _/s/ Tina A. Smith_
    **DEPUTY CLERK**

DATE: August 5, 2024